989 A.2d 911

**Michael BROWN, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

No. 140 EM 2009.

Supreme Court of Pennsylvania.

Feb. 25, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Motion to Correct or Modify the Record are **DENIED.**

989 A.2d 912

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James WHITE, Petitioner.**

No. 161 EM 2009.

Supreme Court of Pennsylvania.

Feb. 25, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February, 2010, the "Application for Extra–Ordinary Relief, Under King's Bench Powers" is **DENIED.**